UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| JULIE ANN BOOTH,<br> Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br> Defendant. | CIVIL ACTION NO. 6:26-18-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1) judgment is entered in favor of the Defendant;

2) this matter is DISMISSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

This 30th day of January, 2026.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge